**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 6, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00737-CV

_____

### VILLARREAL DRYWALL, INC., Appellant

### V.

### BRIAN W. BINASH AND JAMES HORNE, Appellees

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2009-81974**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 27, 2011. On September 28, 2011, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Anderson and Christopher.